UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM FREDERICK JENSEN, | Case No. C16-1963-RSM-BAT |
| Plaintiff, | ORDER DENYING IFP APPLICATION |
| v. | |
| STATE OF WASHINGTON, et al., | |
| Defendants. | |

The Court has reviewed Plaintiff's application to proceed *in forma pauperis* (Dkt. #7), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Plaintiff's Objections, and the remaining record. Plaintiff concedes in his Objections that he must pay the $400 filing fee and objects solely to dicta in the Report and Recommendation. *See* Dkt. #12. Accordingly, the Court ORDERS as follows:

(1) The Magistrate Judge's report and recommendation is approved and adopted.

(2) Plaintiff's application to proceed *in forma pauperis* (Dkt. 7) is DENIED.

(3) Plaintiff shall pay the required filing fee [$400.00] to the Clerk of the Court within **thirty (30) days** of the date of this Order.

(4) The Clerk is directed to send copies of this Order to Plaintiff.

ORDER DENYING IFP APPLICATION - 1

DATED this 13th day of January 2017.

                                                       RICARDO S. MARTINEZ
                                                      CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING IFP APPLICATION - 2