UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM FREDERICK JENSEN,

               Plaintiff,

  v.

STATE OF WASHINGTON, et al.,

               Defendants.

Case No. C16-1963 RSM-BAT

**ORDER GRANTING EXTENSION TO FILE AMENDED COMPLAINT**

    The Court granted Plaintiff William Frederick Jensen leave to file an amended complaint by March 31, 2017. Dkt. 23. Plaintiff seeks an extension, until April 21, 2017, to file his amended complaint. Plaintiff states he needs the additional time due to health problems. Dkt. 26. Accordingly, it is **ORDERED:**

    (1)    Plaintiff's request for additional time (Dkt. 26) is **GRANTED.** Plaintiff shall file his amended complaint by **April 21, 2017.**

    (2)    The Clerk is directed to send copies of this Order to Plaintiff.

    DATED this 30th day of March, 2017.

                                                     BRIAN A. TSUCHIDA
                                                     United States Magistrate Judge