1

2

3

4 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
5 AT SEATTLE

6 WILLIAM FREDERICK JENSEN,

7                    Plaintiff,          Case No. C16-1963 RSM-BAT

8        v.                              **ORDER GRANTING EXTENSION OF DEADLINE TO FILE AMENDED COMPLAINT**

9 STATE OF WASHINGTON, et al.,

10                   Defendants.

11        Plaintiff Frederick Jensen, through attorney David M. Rose, seeks an additional extension

12 of the deadline to prepare and file an amended complaint.  The current deadline is May 12, 2017.

13        Accordingly, it is **ORDERED** that plaintiff's motion (Dkt. 30) is **GRANTED.**  The

14 amended complaint shall be filed with the Court **by May 31, 2017.**

15        DATED this  9th  day of May, 2017.

16

17        _____
         BRIAN A. TSUCHIDA
         United States Magistrate Judge

18

19

20

21

22

23