1
2
3
4
5

6      UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
7                  AT SEATTLE

8    WILLIAM FREDERICK JENSEN,

9                        Plaintiff,              CASE NO. C16-1963 RSM-BAT

10        v.                                     **ORDER DIRECTING SERVICE OF
                                                 CIVIL RIGHTS COMPLAINT**
11   STATE OF WASHINGTON, et al.,

12                       Defendants.

13        This is a civil rights action brought pursuant to 42 U.S.C. § 1983.  The Court, having

14   reviewed plaintiff's amended complaint (Dkt. 32), hereby **ORDERS** as follows:

15        (1)    Service by Clerk

16        The Clerk is directed to send the following to the named defendants **by e-mail**:  State of

17   Washington, Washington Department of Corrections, Eldon Vail, Bernard Warner, Stephen

18   Sinclair, Eugene Medutis, and Steven D. Sundberg, copies of plaintiff's amended complaint, this

19   Order, the notice of lawsuit and request for waiver of service of summons, and a waiver of

20   service of summons.

21        (2)    Response Required

22        Defendants shall have **thirty (30) days** within which to return the enclosed waiver of

23   service of summons.  A defendant who timely returns the signed waiver shall have **sixty (60)**

ORDER DIRECTING SERVICE OF CIVIL
RIGHTS COMPLAINT - 1

1    **days** after the date designated on the notice of lawsuit to file and serve an answer to the

2    complaint or a motion permitted under Rule 12 of the Federal Rules of Civil Procedure.

3        A defendant who fails to timely return the signed waiver will be personally served with a

4    summons and complaint, and may be required to pay the full costs of such service, pursuant to

5    Rule 4(d)(2) of the Federal Rules of Civil Procedure. A defendant who has been personally

6    served shall file an answer or motion permitted under Rule 12 within **thirty (30) days** after

7    service.

8        (3)     Filing and Service by Parties, Generally

9        All attorneys admitted to practice before this Court are required to file documents

10    electronically via the Court's CM/ECF system. Counsel are directed to the Court's website,

11    www.wawd.uscourts.gov, for a detailed description of the requirements for filing via CM/ECF.

12    All non-attorneys, such as *pro se* parties and/or prisoners, may continue to file a paper original

13    with the Clerk. All filings, whether filed electronically or in traditional paper format, must

14    indicate in the upper right hand corner the name of the magistrate judge to whom the document

15    is directed.

16        For any party filing electronically, when the total of all pages of a filing exceeds fifty

17    (50) pages in length, a paper copy of the document (with tabs or other organizing aids as

18    necessary) shall be delivered to the Clerk's Office for chambers. The chambers copy must be

19    clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers."

20        Any document filed with the Court must be accompanied by proof that it has been served

21    upon all parties that have entered a notice of appearance in the underlying matter.

22

23

ORDER DIRECTING SERVICE OF CIVIL
RIGHTS COMPLAINT - 2

1            (4)     Motions, Generally

2    Any request for court action shall be set forth in a motion, properly filed and served.

3    Pursuant to LCR 7(b), any argument being offered in support of a motion shall be submitted as a

4    part of the motion itself and not in a separate document.  The motion shall include in its caption

5    (immediately below the title of the motion) a designation of the date the motion is to be noted for

6    consideration upon the Court's motion calendar.

7    Stipulated and agreed motions, motions to file over-length motions or briefs, motions for

8    reconsideration, joint submissions pursuant to the option procedure established in

9    LCR 37(a)(2), motions for default, requests for the clerk to enter default judgment, and

10   motions for the court to enter default judgment where the opposing party has not appeared shall

11   be noted for consideration on the day they are filed.  *See* LCR 7(d)(1).  All other non-dispositive

12   motions shall be noted for consideration no earlier than the third Friday following filing and

13   service of the motion.  *See* LCR 7(d)(3).  All dispositive motions shall be noted for consideration

14   no earlier than the fourth Friday following filing and service of the motion.  *Id.*

15   For electronic filers, all briefs and affidavits in opposition to either a dispositive or non-

16   dispositive motion shall be filed and served not later than 11:59 p.m. on the Monday

17   immediately preceding the date designated for consideration of the motion.  If a party (i.e. a *pro*

18   *se* litigant and/or prisoner) files a paper original, that opposition must be received in the Clerk's

19   office by 4:30 p.m. on the Monday preceding the date of consideration.

20   The party making the motion may file and serve, not later than 11:59 p.m. (if filing

21   electronically) or 4:30 p.m. (if filing a paper original with the Clerk's office) on the date

22   designated for consideration of the motion, a reply to the opposing party's briefs and affidavits.

23

ORDER DIRECTING SERVICE OF CIVIL
RIGHTS COMPLAINT - 3

1          (5)     Motions to Dismiss and Motions for Summary Judgment

2          Parties filing motions to dismiss pursuant to Rule 12 of the Federal Rules of Civil

3 Procedure and motions for summary judgment pursuant to Rule 56 of the Federal Rules of Civil

4 Procedure should acquaint themselves with those rules.  As noted above, these motions shall be

5 noted for consideration no earlier than the fourth Friday following filing and service of the

6 motion.

7          Defendants filing motions to dismiss or motions for summary judge are advised that they

8 MUST serve a *Rand* notice concurrently with motions to dismiss based on a failure to exhaust

9 and motions for summary judgment so that *pro se* prisoner plaintiffs will have fair, timely and

10 adequate notice of what is required of them in order to oppose those motions.  *Woods v. Carey*,

11 684 F.3d 934, 941 (9th Cir. 2012).  The Ninth Circuit has set forth model language for such

12 notices:

13          A motion for summary judgment under Rule 56 of the Federal Rules of
Civil Procedure will, if granted, end your case.

14

15          Rule 56 tells you what you must do in order to oppose a motion for summary
judgment.  Generally, summary judgment must be granted when there is no
genuine issue of material fact – that is, if there is no real dispute about any

16 fact that would affect the result of your case, the party who asked for
summary judgment is entitled to judgment as a matter of law, which will

17 end your case.  When a party you are suing makes a motion for summary
judgment that is properly supported by declarations (or other sworn

18 testimony), you cannot simply rely on what your complaint says.  Instead,
**you must set out specific facts in declarations, depositions, answers to**

19 **interrogatories, or authenticated documents, as provided in Rule 56(e),**
**that contradict the facts shown in the defendant's declarations and**

20 **documents and show that there is a genuine issue of material fact for**
**trial.  If you do not submit your own evidence in opposition, summary**

21 **judgment, if appropriate, may be entered against you.  If summary**
**judgment is granted, your case will be dismissed and there will be no**

22 **trial.**

23

ORDER DIRECTING SERVICE OF CIVIL
RIGHTS COMPLAINT - 4

1  *Rand v. Rowland,* 154 F.3d 952, 963 (9th Cir. 1998) (emphasis added).  Defendants who fail to

2  file and serve the required *Rand* notice on plaintiff may have their motion stricken from the

3  Court's calendar with leave to re-file.

4        (6)     Direct Communications with District Judge or Magistrate Judge

5       No direct communication is to take place with the District Judge or Magistrate Judge with

6  regard to this case.  All relevant information and papers are to be directed to the Clerk.

7       (7)     The Clerk is directed to send copies of this Order and of the Court's *pro se*

8  instruction sheet to plaintiff.

9       DATED this <u>1st</u> day of June, 2017.

10

11  _____
     BRIAN A. TSUCHIDA
12       United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

ORDER DIRECTING SERVICE OF CIVIL
RIGHTS COMPLAINT - 5