UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM FREDERICK JENSEN,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF WASHINGTON, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C16-1963 RSM-BAT<br><br>**ORDER DIRECTING COUNSEL TO CLARIFY THEIR STATUS** |

　　This is a civil rights action brought under 42 U.S.C. § 1983 by a pro se prisoner. On April 14, 2017, the Court granted a motion filed by David M. Rose to make an appearance limited to filing an amended complaint on behalf of plaintiff. Dkt. 29. After Mr. Rose filed the amended complaint, he was removed from the docket, based upon the limited nature of his appearance. Dkt. 35. On August 5, 2017, Darryl Parker filed a Notice of Association indicating that he is "co-counsel for Plaintiff William Frederick Jensen." Dkt. 45.

　　To avoid any confusion, due to Mr. Rose's earlier request to make a limited appearance, the Court **ORDERS**:

　　(1)　Counsel Darryl Parker and David M. Rose shall clarify whether they are representing Mr. Jensen for the entirety of this matter, **no later than October 16, 2017**. If so, they shall also file notices of appearances indicating they fully represent Mr. Jensen.

ORDER DIRECTING COUNSEL TO
CLARIFY THEIR STATUS - 1

(2) If counsel indicate they are not representing Mr. Jensen, the Clerk shall remove them from the docket. The Court will deem Mr. Jensen to be unrepresented and proceeding pro se in this case.

(3) The Clerk is directed to send copies of this Order to all counsel and to plaintiff.

DATED this 10th day of October, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING COUNSEL TO
CLARIFY THEIR STATUS - 2