1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
7                              AT SEATTLE

8   WILLIAM FREDERICK JENSEN,

9                          Plaintiff,          CASE NO. C16-1963 MJP-BAT

10          v.                                 **ORDER GRANTING STIPULATED
                                               EXTENSION OF DEADLINES**
11  STATE OF WASHINGTON, et. al.,

12                         Defendants.

13          The Court **GRANTS** the parties' stipulated motion, Dkt. 49, and **ORDERS:**

14      1.      The deadline to complete discovery, currently November 23, 2017, is extended to
15              **January 23, 2018.**

16      2.      Any discovery motions must be noted no later than **January 13, 2018.**

17      3.      The deadline to file dispositive motions, currently December 23, 2017, is
                extended to **February 23, 2018.**

18      4.      The Clerk shall provide copies of this order to all counsel of record.

19          DATED this 26th day of October, 2017.

20

21                                             _____

22                                             BRIAN A. TSUCHIDA
                                               United States Magistrate Judge
23